STATE of Missouri, Respondent,

v.

Johnnie BURTON, Appellant.

No. ED 73867.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1998.

Irene Karns, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SIMON, P.J., and CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

Defendant Johnnie Burton appeals from the judgment entered following his jury conviction for first degree robbery, section 569.020, RSMo 1994, first degree assault, section 565.050, RSMo 1994, and two counts of armed criminal action, section 571.015, RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and find no error of law and find the verdict is supported by sufficient evidence. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Melody A. KLING, Respondent/Cross–Appellant,

v.

Dale G. KLING, Appellant/Cross–Respondent.

Nos. ED 73205, ED 73227.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 22, 1998.

Daniel L. Goldberg, St. Charles, for appellant.

Julius H. Berg, St. Louis, for respondent.

Before SIMON, P.J., and CRANE and LAWRENCE E. MOONEY, JJ.

## ORDER

PER CURIAM.

In this consolidated appeal, Dale G. Kling appeals the denial of his motion to modify the maintenance provision of a dissolution decree, and Melody A. Kling appeals the trial court's failure to award her attorney's fees and costs. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm pursuant to Rule 84.16(b).